to defendants whose conduct occurred before its enactment, but who were sentenced after the enactment. On June 12, 2012, the Supreme Court answered the question and held "the more lenient penalty provisions [of the FSA] apply to offenders who committed a crack cocaine crime before August 3, 2010, but were not sentenced until after August 3." *Dorsey v. United States*, —— U.S. ——, 132 S.Ct. 2321, 2326, 183 L.Ed.2d 250 (2012). We granted Duncan's petition for rehearing by panel and our previous opinion and judgment in this case, *United States v. Duncan*, 449 Fed.Appx. 531 (8th Cir.2011), was vacated by an order of the *en banc* court on July 25, 2012. We now vacate Duncan's sentence and remand the case to the district court for resentencing consistent with the Supreme Court's ruling in *Dorsey*.

Philip Robert Horowitz (Court–Appointed), Law Office of Philip R. Horowitz, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, CARNES, and FAY, Circuit Judges.

BY THE COURT:

Our previous opinion in this case, *United States v. Smith*, 654 F.3d 1263 (11th Cir. 2011), is VACATED, and the case is REMANDED to the district court for further consideration in light of *Dorsey v. United States*, 567 U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012).

■

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Arthur SMITH, a.k.a. Co–Chief,
Defendant–Appellant.**

No. 10–15044
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 27, 2012.

Carol Herman, Anne Ruth Schultz, Wifredo A. Ferrer, Daren Grove, Andrea G. Hoffman, Kathleen Mary Salyer, Cynthia R. Wood, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

■

**WI–LAN, INC., Plaintiff,**

and

**KILPATRICK TOWNSEND & STOCKTON LLP (Formerly known as Townsend and Townsend and Crew LLP),
Sanctioned Party–Appellant,**

v.

**LG Electronics, Inc. and LG
Electronics USA, Inc.,
Defendants–Appellees.**

No. 2011–1626.

United States Court of Appeals,
Federal Circuit.

July 13, 2012.